## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 25, 2013

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

          Re: Case No. 12-5902, *Violet Hogan v. Life Insurance Company of Nort*
              Originating Case No. : 3:11-cv-00067

Dear Clerk:

    Enclosed is a copy of the mandate filed in this case.

                         Sincerely yours,

                         s/Robin L. Johnson
                         Case Manager
                         Direct Dial No. 513-564-7039

cc: Ms. Marcie Kiggans Bradley
     Mr. Michael D. Grabhorn
     Mr. Cameron S. Hill

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-5902

_____

Filed: April 25, 2013

VIOLET HOGAN

        Plaintiff - Appellant

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA

        Defendant - Appellee


## MANDATE

   Pursuant to the court's disposition that was filed 04/03/2013 the mandate for this case hereby issues today.


COSTS:  None